# In the United States Court of Federal Claims

No. 20-410C
(Filed: May 22, 2020)

|   |   |
|---|---|
| IRA JEROME ROSS,  *Pro Se* Plaintiff,  v.  THE UNITED STATES,  Defendant. | )))))))))))) |

## ORDER OF DISMISSAL

On April 14, 2020 the court issued an order denying *pro se* plaintiff Ira Jerome Ross's motion to proceed *in forma pauperis*. (Doc. No. 6) (copy attached). The order directed Mr. Ross to pay the filing fee by May 13, 2020 and that failure to do so would result in the dismissal of his case for failure to prosecute.

A review of court records indicates that, as of this date, Mr. Ross has failed to pay the filing fee as directed. Accordingly, the above captioned case is **DISMISSED** without prejudice for failure to prosecute under Rule 41(b) of the Rules of the United States Court of Federal Claims. The Clerk is directed to enter judgment accordingly.

**IT IS SO ORDERED**.

/s Nancy B. Firestone
NANCY B. FIRESTONE
Senior Judge